# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00070SOM |
| CASE NAME: | USA vs. Therese Pickens, etc. |
| ATTYS FOR PLA: | Marshall Silverberg<br>Merilee Lau (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/9/2006 | TIME: | 9:45 - 9:50 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Therese Pickens present and in custody.

Defendant admits to Violation Nos. 1 and 3.

Ms. Park requests a continuance of this hearing in order to follow up on Violation Nos. 2 and 4.

Court finds that there is sufficient evidence to support violation nos. 1 and 3.

Court reserves ruling re: violation nos. 2 and 4.

This hearing is continued to 6/23/06 @ 9:00 a.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.