ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 7 2006

at 11 o'clock and 30 min A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR 04-00070 SOM -01

THERESE PICKENS,
aka Thereese Pickens, Threese Pickens, Thesese Chamberlain, and Threese Chamberlain

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST THERESE PICKENS, *aka Thereese Pickens, Threese Pickens, Thesese Chamberlain, and Threese Chamberlain* and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

VIOLATING CONDITIONS OF SUPERVISED RELEASE

2005 DEC 22 AM 8: 25
MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *signature* | December 21, 2005 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL
Emeritus

By: David Alan Ezra, United States District Judge, Chief Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 810 D RICE LP FT. SHAFTER, HI |||
| Date Received 12-22-06 | NAME AND TITLE OF ARRESTING OFFICER Russ Nakasato DUSM | SIGNATURE OF ARRESTING OFFICER *signature* |
| Date of Arrest 06-06-06 | | |