# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00070SOM

CASE NAME:        USA vs. Therese Pickens

ATTYS FOR PLA:    Keith Celebrezze
                  Merilee Lau (USPO)

ATTYS FOR DEFT:   Shanlyn Park

INTERPRETER:

JUDGE:    Susan Oki Mollway      REPORTER:    Debra Chun

DATE:     6/23/2006              TIME:        9:10 - 9:55

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Therese Pickens present and in custody.

Defendant previously admitted to violations #1 and 3.

Defendant admits in part and denies in part violations #2 and #4.

Government withdraws re: violation #2 - 12/10/05 violation; and re: violation #4 - 8/05, 9/05 and 10/05 violations.

Court finds that there is sufficient evidence to support violations 1, 3, and in part violations 2 and 4.

Discussion held re: options available such as intermittent confinement.

Parties to conduct research.

This hearing is continued to 6/28/06 @ 11:15 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.