# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00070SOM |
| CASE NAME: | USA vs. Therese Pickens |
| ATTYS FOR PLA: | Keith Celebrezze<br>Merilee Lau (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/28/2006 | TIME: | 11:30 - 12:10 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Theresa Pickens present and in custody.

Discussion held re: options available.

Allocution by the Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 40 Days as to each of Counts 1 and 2, all such terms to run concurrently.

Supervised Release: 58 Months as to each of Counts 1 and 2, all such terms to run concurrently.

Restitution: $ 33,309.34.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by the Probation Office.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant pay restitution in the amount of $33,309.34 immediately and any remaining balance upon release from confinement shall be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

> The defendant must serve a total of 138 days of intermittent confinement for 46 consecutive weekends at the Federal Detention Center commencing on Friday, 8/4/2006 at 6 p.m. and shall be released on Sunday, 8/6/2006 at 12 noon. The defendant shall thereafter report to the Federal Detention Center by 6 p.m. on every succeeding Friday and shall be released on 12 noon on the following Sunday, and shall continue with this schedule for 46 consecutive weekends.

> That the defendant is to enroll in the Tri-Sarf Program and complete the program.

Defendant advised of her right to appeal.

JUDICIAL RECOMMENDATION:   FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.