AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00070SOM-01 |
| THERESE PICKENS, aka Thereese Pickens, Threese Pickens, Thesese Chamberlain, and Threese Chamberlain | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| (Name and Address of Defendant) | AUG 3 0 2006 |

To: The United States Marshal and any Authorized United States Officer

at 9 o'clock and 15 min A M

YOU ARE HEREBY COMMANDED TO ARREST THERESE PICKENS, aka Thereese Pickens, Threese Pickens, Theses Chamberlain, and Threese Chamblain and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court, charging him or her with (brief description of offense)

Order to Show Cause - Violation(s) of Supervised Release

RECEIVED 2006 AUG 22 AM 11:47 U.S. MARSHAL SERVICE HONOLULU, HI

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August 22, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL        By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI

| Date Received 8-22-06 | NAME AND TITLE OF ARRESTING OFFICER TANYA MUNA DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| Date of Arrest 8-25-06 | | |