# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00070SOM

CASE NAME:        USA vs.  Therese Pickens, etc.

ATTYS FOR PLA:    Elizabeth Josephson
                  Merilee Lau (USPO)

ATTYS FOR DEFT:   Shanlyn Park

INTERPRETER:

---

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:     9/5/2006                   TIME:        9:45 - 10:15

---

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Therese Pickens present and in custody.

Defendant admits to violation nos. 1 and 2, and denies violation no. 3.

Government dismisses violation no. 3.

Court finds that there is sufficient evidence to support violation nos. 1 and 2 and the defendant has not met the conditions of supervised release.

Allocution by the Defendant.

Ms. Park requests a continuance in order to research available treatment programs - Denied.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 12 Months as to each of Counts 1 and 2, all such terms to run concurrently.

Supervised Release:  46 Months as to each of Counts 1 and 2, all such terms to run concurrently.

Restitution: $33,309.34.

CONDITIONS:

▸    That the defendant shall abide by the standard conditions of supervision.

▸    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸    That the defendant not possess illegal controlled substances (mandatory condition)

▸    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

▸    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸    That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

▸    That the defendant pay restitution in the amount of $33,309.34 immediately and any remaining balance upon release from confinement shall be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

Defendant objects to imposition of the sentence as proposed.

Defendant advised of her right to appeal.

Defendant requests that she be assigned to another probation officer after her incarceration - Denied.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.