AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:04CR00070-001 |
| DEFENDANT: | THERESE PICKENS aka Thereese Pickens aka Threese Pickens aka Threese Chamberlain aka Thesese Chamberlain |

Judgment - Page 3 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS.

This term consists of TWELVE (12) MONTHS as to each of Counts 1 and 2, all such terms to run concurrently.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 2006

at 11 o'clock and 10 min. AM
SUE BEITIA, CLERK

[ ]  The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  21 SEP 2006  to  FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____ , with a certified copy of this judgment.

John T. Rathman
UNITED STATES MARSHAL
WARDEN

By  J. Luniu
Deputy U.S. Marshal
Legal Tech